# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. |
| **JOSE PARRA,** | ) | 06-40009-FDS |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION
## FOR SENTENCE REDUCTION

**SAYLOR, J.**

Defendant Jose Parra has moved for a reduction of his sentence pursuant to the Fair Sentencing Act of 2010 and 18 U.S.C. § 3582(c). On May 14, 2014, United States Magistrate Judge Robert B. Collings issued a report and recommendation recommending that the motion be denied. On May 23, 2014, counsel for defendant filed a notice stating that he does not intend to file objections to the report and recommendation.

After careful review, the Court accepts the report and recommendation of the magistrate judge. Accordingly, defendant's motion for a reduction in his sentence is DENIED.

**So ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: June 2, 2014                                United States District Judge